# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOHN LEE MORALES GONZALEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2359

[February 3, 2022]

Appeal of an order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 502009CF000242CXXXMB.

John Lee Morales Gonzalez, Bonifay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., KLINGENSMITH and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***